UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED.  Case is
> dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 8/20/2025

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                           MDL No. 2570

---

This Document Relates to:

Dawana Murphy – 1:23-cv-06983

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Dated:  August 18, 2025

/s/ Peter E. Goss
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Telephone:  (816) 527-8658
Facsimile:  (816) 336-1310
Email:  pgoss@goss-lawfirm.com

*Attorneys for Plaintiff*

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegredrinker.com

*Attorneys for Defendants*